# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M-12 | E 1192802 | Saterfield | 4664 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑USC ☐ State Code |
|---|---|
| 06/12/2025 | 18 USC 930 (a) |

Place of Offense
Bldg 194 2nd Ave gate Malmstrom AFB, MT 59405

Offense Description: Factual Basis for Charge    HAZMAT ☐
Possession of firearms and dangerous weapons in federal facilities

### DEFENDANT INFORMATION

| Last Name | | |
|---|---|---|
| Wilson | Heather | N |

Street Address
████████████████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| MSRMFS | MT | 20H | Ford Exp | | White |

**A** ☑ If Box A is checked, you must appear in court. See instructions

**B** ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

APPEARANCE IS REQUIRED

APPEARANCE IS OPTIONAL

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

406-454-6780

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due

X Defendant Signature  *Heather Wilson*

Original- CVB Copy

*E1192802*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 12 June, 20 25 while exercising my duties as a law enforcement officer in the _____ District of _____

I, SSgt Michael D. Saterfield, was conducting a random installation entry/Exit vehicle check at the 2nd Ave Gate, Malmstrom Air Force Base, Montana 59405 as directed by the installation commander, Sgt Denzell S. Brown and I was instructed to conduct vehicle inspections on every sixth vehicle exiting through the outbound lane, from 0755 hours to 0825 hours. At 0812 hours, I identified Civ Wilson, Heather N. as the sixth vehicle of our required sequence, where she was instructed to pull into our inspection area. Upon contact with Civ Wilson she was briefed on pre-screening questions by SrA Brown, where she was asked if she had any firearms in her vehicle before we conducted our inspection. She initially stated "no" and provided consent for us to inspect her vehicle and shortly after admitted to having a pistol in her driver side door. I asked for permission to retrieve the firearm from her vehicle, for which she agreed, and I found a Ruger LCP loaded with 6 rounds of .380 Auto ammunition. We briefed and cited under 18 USC 930(a) - possession of firearms and dangerous weapons in federal facilities.

The foregoing statement is based upon:

✓ my personal observation     ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/12/2025    *Michael Saterfield*
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident