# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HEATHER N. WILSON,<br><br>Defendant. | PO-25-5195-GF-JTJ<br><br>VIOLATION:<br>E1192802<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to dismiss violation E1192802 and for good cause shown,

**IT IS ORDERED** that violation E1192802 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for January 9, 2026, is **VACATED.**

DATED this 31st day of December 2025.

_____
John Johnston
United States Magistrate Judge